IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAVETTE M. FRANKLIN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1174-M |
| | § | |
| BAC HOME LOANS SERVICING, LP, | § | |
| *formerly known as* Countrywide Home | § | |
| Loans, Servicing, LP, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the

United States Magistrate Judge on *Defendant's Motion for Summary Judgment*, filed January 10,

2012.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions,

& Recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions, &

Recommendation of the United States Magistrate Judge.

*Defendant's Motion for Summary Judgment*, filed January 10, 2012, is **GRANTED**, and all

of Plaintiff's claims against it are **DISMISSED with prejudice**.

SIGNED this 5th day of July, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS